## SOUTHERN UNDERWRITERS v. EVANS et al.

### No. 10378.

Court of Civil Appeals of Texas. San Antonio.

Jan. 8, 1938.

Battaile, Burr & Holliday, of Houston, for plaintiff in error.

Philip Wolfe and Lewright, Lewright & Young, all of Corpus Christi, for defendants in error.

SMITH, Chief Justice.

The parties having filed herein an agreed motion that the judgment appealed from be reversed and the cause remanded to the trial court for the purpose of therein entering a judgment of compromise and settlement of the matters in controversy, heretofore agreed upon by the parties and subject to the approval of the trial judge, it is ordered that the judgment appealed from be reversed and the cause remanded to the trial court for further proceedings.

Reversed and remanded.